UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

                                                  Case No.   1:20-cv-340-BMC

                                Plaintiff,
          - against -

GLOW CONCEPT INC. d/b/a Winky Lux,                **NOTICE OF SETTLEMENT**

                                Defendant.
------------------------------------------------------------X

        Now comes the Plaintiff, Rasheta Bunting, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

        1.    The parties have reached an agreement and a settlement agreement ("Agreement") is in the process of being finalized.  Once the Agreement is fully executed, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

        2.    The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

        3.    Plaintiff respectfully requests the Court provide that Plaintiff may seek to reopen the matter for forty-five (45) days to assure that the Agreement is finalized.

Dated:  Scarsdale, New York
          February 27, 2020

                                                SHAKED LAW GOUP, P.C.
                                                Attorneys for Plaintiff

                                        By: _/s/Dan Shaked_____
                                            Dan Shaked (DS-3331)
                                            14 Harwood Court, Suite 415
                                            Scarsdale, NY 10583
                                            Tel. (917) 373-9128
                                            e-mail: ShakedLawGroup@Gmail.com